**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01669-LTB

MATTHEW ALAN SMITH,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Stay of Proceedings" (ECF No. 6) is DENIED.

Dated:  August 18, 2015